**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RONNIE LEE SMITH
ADC#134161                                                                                                    PETITIONER

VS.                                     5:11CV00082 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this case is DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

Dated this 14th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE