# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RONNIE LEE SMITH
ADC#134161                                                                                          PETITIONER

VS.                              5:11CV00082 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 14th day of September, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE